**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AMY L. BIDDLE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | )   **Civ. 08-142 Erie** |
| | ) |
| **COMMISSIONER OF SOCIAL** | ) |
| **SECURITY,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

AND NOW, this _____22ⁿᵈ_____ day of July, 2009, it is hereby ORDERED,

ADJUDGED and DECREED that  Plaintiff's Motion for Summary Judgment (Doc. 6) is

DENIED and Defendant Commissioner of Social Security's Motion for Summary Judgment

(Doc. 8) is GRANTED.   Judgement is hereby entered in favor of defendant Commisioner.


_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge


cc:   counsel of record